# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | )  Docket No.: 1:24-cr-00074-RP |
| **JASON PENNEY,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

J. Alex Little, of the law firm Litson PLLC, gives notice of his appearance in the above-captioned matter as counsel of record on behalf of Melanie Penney, and requests that all further pleadings, correspondence, and other communications be directed and served at the address shown in the signature line below.

Date: May 23, 2025          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ J. Alex Little*
　　　　　　　　　　　　　　　　　　　　J. Alex Little (TN BPR #29858)
　　　　　　　　　　　　　　　　　　　　Litson PLLC
　　　　　　　　　　　　　　　　　　　　54 Music Square East, Suite 300
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37203
　　　　　　　　　　　　　　　　　　　　Telephone: 615-985-8205
　　　　　　　　　　　　　　　　　　　　E-mail: alex@litson.co

　　　　　　　　　　　　　　　　　　　　*Attorney for Melanie Penney*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 23rd day of May 2025, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

                                     */s/ J. Alex Little*