UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | Docket No.: 1:24-cr-00074-RP |
| **JASON PENNEY,** ) | |
| ) | |
| **Defendant.** ) | |

### VERIFIED CLAIM AND PETITION FOR HEARING

Melanie Penney, by and through its undersigned counsel, hereby submits this Verified Claim and Petition for Hearing pursuant to 21 U.S.C. § 853(n) and respectfully states as follows:

1. Melanie Penney owns the property defined as: Real property located and situated at, All that certain lot, parcel or tract of land, situated and lying in the City of Port Orange, in the County of Volusia, State of Florida and being more particularly described as: Lot 307, Sanctuary on Spruce Creek, Phase III, According to the Map or Plat thereof, as recorded in Map Book 47, Page(s) 143 through 145, Inclusive, of the Public Records of Volusia County, Florida, with Parcel Identification Number: 633013003070, Physical Address: 6100 Sanctuary Garden Boulevard, Port Orange, Florida 32128.

2. This property is hereinafter referred to as the "6100 Sanctuary Garden Boulevard Property."

3. On or about February 16, 2023, Mrs. Penney, along with her husband, Jason Penney, purchased the 6100 Sanctuary Garden Boulevard Property. *See* Exhibit 1: Warranty Deed.

4. Mr. Penney pleaded guilty to conspiracy to commit wire fraud on April 8, 2024. (Dkt. 3.) Mrs. Penney has not been charged with any crime.

5. At the time her purchase of the 6100 Sanctuary Garden Boulevard Property, Mrs. Penney was unaware that Mr. Penney had committed a crime, and that the property would be subject to criminal forfeiture.

6. Since she purchased the 6100 Sanctuary Garden Boulevard Property, Mrs. Penney has made improvements to the house totaling tens of thousands of dollars.

7. The 6100 Sanctuary Garden Boulevard Property is the primary residence of Mrs. Penney, her minor daughter, and her two young adult children. Depriving Mrs. Penney of the property would deprive her of the means to maintain reasonable shelter in the community for her children and herself.

Mrs. Penney respectfully requests that the Court hold a hearing to adjudicate the validity of Mrs. Penney's rights and interests in the 6100 Sanctuary Garden Boulevard Property and amend the Preliminary Order of Forfeiture to remove the 6100 Sanctuary Garden Boulevard Property.

Date: May 23, 2025          Respectfully submitted,

*/s/ Alex Little*
J. Alex Little (TN BPR #029858)
Zachary C. Lawson (TN BPR #036092)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co | zack@litson.co

*Attorneys for Melanie Penney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

*/s/ J. Alex Little*

## **VERIFICATION**

I, Melanie Penney, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the facts stated in the foregoing Claim are true and correct to the best of my knowledge, information, and belief.

Signed by:
*Melanie Penney*
7CEAA5B004B144B...
Melanie Penney