# EXHIBIT 1

2/28/2023 3:06:52 PM Instrument #2023040974 #1 Book:8373 Page:4590
Doc Stamps $5,145.00 Transfer Amt $735,000.00

Prepared by and return to:
**Melodie Magner**
**Two Rivers Title Company, LLC**
**40 NJ-36**
**West Long Branch, NJ  07764**

File Number:  TFL00817
Consideration : **$735,000.00**

(Space Above This Line For Recording Data)

# Warranty Deed

This Warranty Deed made this ___16___ day of February, 2023, between **Thomas R Grimaldi and Holly S Grimaldi, husband and wife** whose post office address is 55 Dorset Crossing Drive, Unit 722, Simsbury, CT  06070, grantor, and **Jason Penney and Melanie Penney, husband and wife** whose post office address is 6100 Sanctuary Garden Boulevard, Port Orange, FL  32128, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **Volusia County, Florida**, to-wit:

ALL that certain lot, parcel or tract of land, situate and lying in the City of Port Orange, in the County of Volusia, State of FL, and being more particularly described as follows:

LOT 307, SANCTUARY ON SPRUCE CREEK, PHASE III, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN MAP BOOK 47, PAGE(S) 143 THROUGH 145, INCLUSIVE, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.

PARCEL ID: 633013003070

FOR INFORMATIONAL PURPOSES ONLY: Being known as 6100 Sanctuary Garden Boulevard, Port Orange, FL 32128.
Parcel Identification Number:  633013003070

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2022.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

*Warranty Deed* - Page 1

Instrument #2023040974 #2 Book:8373 Page:4591 Laura E. Roth, Volusia County Clerk of Court

Signed, sealed and delivered in our presence:

_____
Witness Name: Melodie M. Magner

By: _____
Thomas R Grimaldi

By: _____
Holly S Grimaldi

_____
Witness Name: Alicia Marcum
STATE OF FLORIDA
COUNTY OF Volusia

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 16 day of February, 2023, by Thomas R. Grimaldi and Holly S. Grimaldi.

MELODIE M. MAGNER
Notary Public - State of Florida
Commission # GG 953406
My Comm. Expires Apr 3, 2024
Bonded through National Notary Assn.

_____
(Signature of Notary Public, State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known OR Produced Identification
Type of Identification Produced  dr. license

*Warranty Deed* - Page 2