# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | No. 1:24-CR-074-RP |
| ) | |
| JASON PENNEY.               ) | |
| ) | |

## [PROPOSED] ORDER
## GRANTING MOTION TO EXTEND SURRENDER DATE

Before the Court is Defendant's Motion to Extend Surrender Date. For good cause shown, the Court hereby GRANTS the motion.

IT IS FURTHER ORDERED that Mr. Penney's surrender date is extended to Monday, June 9, 2025. The United States Marshals Service is directed to provide written notice to Mr. Penney of his surrender date.

IT IS SO ORDERED this _____ day of June, 2025.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE