IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 1:24-CR-74-RP |
| JASON PENNEY, | § | |
| Defendant. | § | |

## ORDER

On May 23, 2025, Melanie Penney ("Penney"), the wife of Defendant Jason Penney, filed a verified claim and petition for hearing under 21 U.S.C. § 853(n), asserting an interest in property identified in the Preliminary Order of Forfeiture, (Dkt 69). (Dkt. 73).

As of the date of this order, the Government has not filed a response to that petition. Accordingly, the Government is **ORDERED** to respond **on or before October 31, 2025**.

**SIGNED** on October 15, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE