UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CRIMINAL NO. A-24-CR-00074-RP** |
| § | |
| **JASON PENNEY,** § | |
| § | |
| **Defendant.** § | |

### UNITED STATES OF AMERICA'S STATUS REPORT
### AS TO MELANIE PENNEY'S PETITION FOR ADJUDICATION

Comes now Plaintiff, United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this status report in response to the Court's order to respond to Melanie Penney's Petition for Adjudication of Interest in Property 6100 Sanctuary Garden Boulevard, Port Orange, Florida 321128 (Docs. 73, 78), and would show the Court the following:

**I.**

The United States moved for a preliminary forfeiture order as to 6100 Sanctuary Garden Boulevard on September 12, 2024 (Doc. 30). The United States filed its motion for preliminary order of forfeiture as an opposed motion, and the Defendant filed a response on October 10, 2024 (Doc. 36). At sentencing, the parties discussed the pending forfeiture motion, and upon assurances that the Defendant's wife, Melanie Penney, could contest the forfeiture by asserting her interest in the real property, the Defendant no longer opposed the preliminary forfeiture order that divested his interest in the property. The Court granted the preliminary forfeiture motion, (Doc. 69), and on

May 7, 2025, included it in the Defendant's criminal judgment in a criminal case (Doc. 70).[1]

The preliminary forfeiture order directed the United States to send direct notice to any third party known to the United States to have an interest in the Subject Property (Doc. 69).[2] The order further directed that "in the event a third-party petition is filed as to the Subject Property the United States shall commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45."

The United States sent Melanie Penney direct notice of the forfeiture action, and on May 23, 2025, she filed a verified claim and petition for hearing (Doc. 73). On October 15, 2025, the Court ordered the United States to respond to the petition on or before October 31, 2025 (Doc. 78).

At the time Melanie Penney filed her claim, she was represented by counsel (Doc. 73). On July 28, 2025, Melanie Penney's attorney filed a motion to withdraw as attorney (Doc. 76). The United States had contacted her attorneys, and upon learning that they were withdrawing from representing her, communicated with them to determine if she had retained substitute counsel.

On September 5, 2025, Melanie Penney contacted the United States and stated that she is pursuing her claim without an attorney. After determining she was not retaining substitute counsel, the United States sent Melanie Penney written discovery requests on September 12, 2025. Melanie Penney requested a sixty-day extension to respond, and the United States agreed.

---

[1] The Preliminary Forfeiture Order, in addition to the real property at 6100 Sanctuary Garden Boulevard, forfeited the Defendant's interest in $272,300.00 in United States Currency seized on December 15, 2022, from Penney's Residence; and $518,706.25 more or less in United States Currency, seized on May 5, 2023, from Regions Bank, account number XXX0051 (Doc. 69). The Court also ordered the Defendant to pay a $4,500,000 money judgment (Doc. 26). However, Melanie Penney only asserted an interest in the real property at 6100 Sanctuary Garden Boulevard.

[2] In addition to Melanie Penney, the United States sent direct notice to another individual and to Ascentium LLC. Neither filed a petition.

Until the United States receives Melanie Penney's responses to its discovery requests, it is unable to evaluate the validity of her claim. Therefore, the United States now files this status report and seeks additional time to provide a substantive response to her petition.

WHEREFORE, Petitioner, United States of America, moves this Honorable Court for an extension of its Order (Doc. 78) requiring the United States to respond to Melanie Penney's petition, and for any other relief which the Court deems appropriate.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:  /s/
MARK TINDALL
Assistant United States Attorney
Texas Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the CM/ECF participants. As Melanie Penney is proceeding pro se, the United States will serve a copy of this filing to her via email and FedEx.

/s/
MARK TINDALL
Assistant United States Attorney