UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. A-24-CR-00074-RP |
| | § | |
| JASON PENNEY, | § | |
| | § | |
| Defendant. | § | |

**ORDER EXTENDING DEALIND FOR THE UNITED STATES TO RESPOND TO MELANIE PENNEY'S PETITION FOR ADJUDICATION OF INTEREST IN 6100 SANCTUARY GARDEN BOULEVARD, PORT ORANGE, FLORIDA 32128**

Pending before the Court is the United States of America's Response to the Court's order directing it to respond to Melanie Penney's Petition for Adjudication of Interest in 6100 Sanctuary Garden Boulevard, Port Orange, Florida, 32128. This Court being fully and wholly apprised in all its premises, finds that the United States requires additional time to provide a substantive response. Accordingly, the deadline contained in the Court's Order, (Doc. 78), should be, and hereby is, **EXTENDED** until  January 16, 2026 .

IT IS SO ORDERED.

Signed this   22nd   day of   October  , 2025.

HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE