UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

VS.       CASE NUMBER: 1:24-cr-00074-RP

JASON PENNEY,
Defendant.
_____/

FILED
OCT 27 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

MOTION TO ORDER THE FEDERAL BUREAU OF PRISONS
THE CORRECT WORDING FOR PAYMENT OF RESTITUTION FOR
DEFENDANT'S FINANCIAL RESPONSIBILITY PROGRAM PAYMENTS

COMES NOW, DEFENDANT JASON PENNEY, pro se, and respectfully requests of this Honorable Court To Order The Federal Bureau of Prisons The Correct Wording For Payment of Restitution For Defendant's Financial Responsibility Program Payments; that being:

"It is so ordered that Defendant, Jason Penney, shall pay $25.00 (twenty five dollars) per quarter, or 50 % (fifty percent) of any wages or earnings should he be employed by the Federal Prison Industries (UNICOR), towards restitution in his participation in the Federal Bureau's of Prison's Financial Responsibility Program."

It is further requested of Defendant to request that this Honorable Court send a copy of the Order to the following:

Mr. J. Delarm, Case Manager
Federal Bureau of Prisons
Federal Correctional Complex
Coleman LOW
Post Office Box 1021
Coleman, Florida 33521-1021

Respectfully submitted on this the 22 day of October, 2025, by:

Jason Penney
Inmate Registration Number: 16006-511
Federal Correctional Complex
Coleman LOW Unit C-4
Post Office Box 1031
Coleman, Florida 33521-1031

RECEIVED
OCT 27 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, JASON PENNEY, hereby attest that a true and correct copy of the above referenced Motion has been send by postage prepaid mail via the United States Postal Service by placing same in the prison mailbox at the Federal Correctional Institution, Coleman LOW, Unit C-4, Post Office Box 1031, Coleman, Florida 33521-1031, and forwarded to:

The Clerk of the Court
United States District Court
501 West 5th Street
Austin, Texas 78701

on this the 22 day of October, 2025, by:

Jason Penney
Inmate Reg No. 16006-511

Ason Penney 16006-511
Federal Correctional Complex
Coleman Low unit C-4
Post office Box 1031
Coleman, FL, 33521

The Clerk of the Court
United States District Court
501 West 5th Street
Austin, TX, 78701

TAMPA FL 335
SAINT PETERSBURG FL
24 OCT 2025 PM 5 L
SCREENED BY DSCR
OCT 27 2025