UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § |
| v. | § § § |
| REAL PROPERTY LOCATED AND SITUATED AT 6100 SANCTUARY BLVD., PORT ORANGE, VOLUSIA COUNTY, FLORIDA 32128, | § § § § § § § § |

CIVIL ACTION NO. 1:23-CV-464

## NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that a civil action *in rem* is now pending in the United States District Court for the Western District of Texas, Austin Division, against the Real Property Located and Situated at **6100 Sanctuary Blvd., Port Orange, Volusia County, Florida 32128,** with all buildings, appurtenances, and improvements thereon, and any and all surface and sub-surface rights, title, and interests, more fully described as:

- **Real Property, legally described as:**
  All that certain lot, parcel or tract of land, situate and lying in the City of Port Orange, in the County of Volusia, State of FL and being more particularly described as: Lot 307, Sanctuary on Spruce Creek, Phase III, According to the Map or Plat thereof, as recorded in Map Book 47, Page(s) 143 through 145, Inclusive, of the Public Records of Volusia County, Florida.
  Parcel Identification Number:   633013003070
  Physical Address: 6100 Sanctuary Garden Boulevard, Port Orange, FL 321128

hereinafter the Defendant Real Property.

**EXHIBIT A**

A Verified Complaint for Forfeiture was filed against said Defendant Real Property for violations of Title 18 U.S.C. §§ 1343, 1956 and 1957 which make the property subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 18 U.S.C. § 981(a)(1)(A).

All persons asserting an interest in or claim against the Defendant Real Property who have received direct notice of the forfeiture action must file a Verified Claim with the Clerk of the U.S. District Court, Western District of Texas, Austin Division, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., **thirty-five (35)** days after the notice was sent (if mailed) or personally served; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than **thirty (30)** days after final publication of the notice. In addition, any person having filed such a claim shall also serve and file an answer to the complaint within **twenty-one (21)** days after filing the claim. The Verified Claim and Answer must be filed with the Clerk of the Court, 501 W. 5th Street, Austin, Texas 78701, and copies of each shall be served upon Assistant United States Attorney Mark Tindall, 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701, or default and forfeiture will be ordered.

Take notice that pursuant to Title 18 U.S.C. § 981(f), any and all right, title, and interest in the Defendant Real Property with all buildings, appurtenances and improvements thereon and any and all surface and sub-surface rights, title, and interests,

vests in the United States of America at the time of the commission of the unlawful acts giving rise to forfeiture.

For further information concerning this action, reference may be made to the records of the Clerk of the United States District Court, United States District Court for the Western District of Texas, Austin Division.

Dated this 1st day of May, 2023.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: /S/ Mark Tindall

MARK TINDALL
Assistant United States Attorney
Texas State Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov

Attorneys for the United States of America

3

STATE OF TEXAS      )
                    )
COUNTY OF TRAVIS    )

The foregoing Notice of Lis Pendens was acknowledged before me on this 1st day of May, 2023, by Mark Tindall, Assistant United States Attorney.



Notary Public in and for the State of Texas

4