UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

JASON PENNEY,
Defendant.

**Criminal No. 1:24-CR-00074-RP**

**Related Claimant / Petitioner:**
**MELANIE JOY PENNEY**

**CLAIMANT MELANIE JOY PENNEY'S**
**RESPONSES TO THE UNITED STATES' FIRST SET OF INTERROGATORIES**

Claimant Melanie Joy Penney submits the following Responses to the United States' First Set of Interrogatories. Claimant is proceeding pro se.

**GENERAL OBJECTIONS AND RESERVATION OF RIGHTS**

Claimant Melanie Joy Penney, proceeding pro se, submits the following responses subject to and without waiving any objections as to relevance, overbreadth, undue burden, vagueness, ambiguity, privacy, or lack of possession, custody, or control. Claimant further objects to any interrogatory to the extent it seeks information protected by the Fifth Amendment to the United States Constitution, the right against self-incrimination, attorney–client privilege, work-product doctrine, or other applicable protections recognized by law.

These responses are based upon Claimant's personal knowledge and information presently available. Claimant reserves the right to supplement or amend these responses as permitted by law. No response should be construed as a waiver of any rights, defenses, claims, or objections available to Claimant under federal law.

Claimant's responses do not concede that personal income is a prerequisite to ownership, possessory interest, or innocent-owner status under federal forfeiture law.

**INTERROGATORY NO. 1**

State your full and complete name (including any aliases and/or nicknames used), present home address, home telephone number, cell phone number, and driver's license number.

**EXHIBIT B**

**Response:**
Name: Melanie Joy Penney.
Aliases or nicknames: None.
Present home address: 6100 Sanctuary Gardens Blvd., Port Orange, Florida 32128.
Home telephone number: N/A.
Cell phone number: 386-871-6688.
Florida Driver's License number: P500-550-80-645-1.

**INTERROGATORY NO. 2**

Identify all persons who you believe have knowledge of relevant facts and describe the issues upon which you believe they have knowledge. (This is a court-approved interrogatory pursuant to Rule CV-33.)

**Response:**
Melanie Joy Penney – ownership, possession, residence, maintenance, improvements, and occupancy of the Subject Property.

Jason Penney – sale of the prior family home and purchase of the Subject Property.

Real estate agent(s) – sale and purchase transactions related to the Subject Property.

Closing agent and/or title company – closing process and transfer of funds related to the purchase of the Subject Property.

Homeowners Association representative(s) – assessments, payments, and compliance matters relating to the Subject Property.

**INTERROGATORY NO. 3**

State and detail the circumstances as to how you acquired an interest in the Subject Property, including, but not limited to:
(A) the date, time, and place you acquired the Subject Property;
(B) from whom you purchased or acquired the Subject Property;
(C) the source of funds (bank account and/or bank loan) for the purchase and improvements of the Subject Property, and the terms of any such financing; and
(D) the reason you acquired the Subject Property.

**Response:**
A. The Subject Property located at 6100 Sanctuary Gardens Blvd., Port Orange, Florida was acquired on or about February 16, 2023, in Volusia County, Florida.

B. The Subject Property was purchased from an unrelated third-party seller in an arm's-length transaction.

C. The Subject Property was paid in full using proceeds from the sale of the prior family home. No mortgage loan or financing was used to acquire the Subject Property. Improvements and household expenses were paid from a personal bank account and legitimate loan proceeds in the approximate amount of $100,000.

D. The Subject Property was acquired in good faith as the primary marital and family residence. At the time of purchase, Claimant was unaware of any alleged criminal conduct and had no knowledge or reason to believe the property would be subject to forfeiture.

**INTERROGATORY NO. 4**

Provide your employment history for the past five years. For each year list your salary and supervisor. Provide contact information for each supervisor. If you filed federal tax returns, provide them for the years 2020 through 2024. If you have W-2 or 1099 forms showing income for those years, please provide them.

**Response:**
Claimant objects to this interrogatory to the extent it is overly broad, unduly burdensome, and not proportional to the needs of the case, and to the extent it seeks disclosure of private employment, salary, supervisor, and tax information not relevant to the ownership, acquisition, or maintenance of the Subject Property. Claimant further objects to the extent this interrogatory seeks document production, which is properly addressed through Requests for Production.

Subject to and without waiving these objections, Claimant states that during the past five years she was primarily a homemaker and caregiver, responsible for the management, maintenance, and operation of the household and family residence. During this same period, Claimant also earned limited and supplemental lawful income, modest in nature, which was used toward household expenses and maintenance of the residence.

Claimant has not relied on employment history, salary, supervisor information, or tax records to establish ownership or innocent-owner status, as such status is determined by title, possession, and good-faith acquisition, not by the amount or source of personal income.

**INTERROGATORY NO. 5**

In your petition, you claim you have made improvements to the house totaling tens of thousands of dollars. Please describe each improvement in detail, including when you made it, how much it cost, and where you procured the money for the improvements. Identify and provide any permits or receipts associated with the improvements.

**Response:**
Claimant objects to this interrogatory to the extent it seeks production of documents not within her possession, custody, or control, which is properly addressed through Requests for Production. Subject

to and without waiving these objections, Claimant responds as follows:

Since acquiring the Subject Property, Claimant has made substantial improvements, repairs, and upgrades to preserve, maintain, and improve the home. These improvements were paid from Claimant's personal bank account and legitimate loan proceeds used for household and property-related expenses.

1. HVAC – New system installation (Invoice No. 2090): $8,435
2. Epoxy Creations Beyond LLC – Upstairs bathroom remodel, downstairs bathroom remodel, removal of walls and flooring (Invoice No. 218): $11,500
3. HVAC maintenance services: $480
4. HVAC – Two-ton unit installation: $3,200
5. MasterCraft Painting – Interior and exterior painting, including ceilings, walls, exterior surfaces, and trim (Invoice No. 1205): $9,948
6. Precise Audio – Sound system installation and hard-wired audio wiring throughout the home (Invoice No. 22365): $7,610.44
7. Lore L LTD – Installation of glass shower doors (upstairs and downstairs bathrooms): $3,618
8. A-1 Propane – Valve replacement and propane system maintenance: $413.65
9. CM Custom Pool Designs – Salt cell installation: $1,145
10. CM Custom Pool Designs – Pool service and repairs: $1,620
11. Pure Life Pool – Salt cell servicing: $381.75
12. Lawn maintenance, spraying, tree and bush care: approximately $200 per month (approximately $7,200 over 36 months)
13. Pool maintenance: approximately $120 per month
14. Kitchen appliance replacements and upgrades: approximately $6,000
15. Closets by Design – Custom closet installations: $3,500

Claimant possesses receipts and invoices for many of the foregoing expenditures and will produce responsive, non-privileged documents in response to the Requests for Production.

**INTERROGATORY NO. 6**

Identify any records, documents, and/or receipts which support your claimed interest in the Subject Property. For each record, document, or receipt, identify the person having custody of such.

**Response:**
Certified deed (Claimant; county public records).
Improvement and maintenance receipts (Claimant; contractors and vendors).
Utility bills (Claimant; service providers).
Property tax bill (Claimant; local taxing authority).
Homeowner's insurance policy (Claimant; insurance provider).

Closing and title documents are not presently in Claimant's possession.

**INTERROGATORY NO. 7**

Identify all personal diaries, calendars, notes, internet blogs, or other writings of any kind authored by you concerning the facts and circumstances set forth in your petition, and/or that you have referred to in any way in answering these interrogatories.

**Response:**
Claimant objects that this interrogatory is overly broad, unduly burdensome, and seeks disclosure of private personal materials not relevant to the ownership of the Subject Property. Subject to and without waiving these objections, Claimant states that she has not relied upon any such personal writings.

**INTERROGATORY NO. 8**

Please describe all efforts you have made to communicate with the United States Attorney's Office for the Western District of Texas and the FBI regarding the seizure of the Subject Property after April 25, 2025. You need not detail any communications after the filing of your petition on May 23, 2025.

**Response:**
After April 25, 2025 and prior to May 23, 2025, Claimant made one brief telephone communication to Assistant United States Attorney Mark Tindall advising of her intent to file a petition. No other communications occurred during the relevant period.

**INTERROGATORY NO. 9**

Identify any criminal convictions in the last ten (10) years against you other than minor traffic offenses by providing the date, criminal offense, court, and case number for such conviction.

**Response:**
Claimant has no criminal convictions within the past ten (10) years, other than minor traffic offenses, if any.

**INTERROGATORY NO. 10**

Identify each person whom you expect to call as an expert witness at the trial of this case, and as to each expert so identified state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion.

**Response:**
At this time, Claimant does not expect to call any expert witnesses at trial. Discovery in this matter is ongoing, and Claimant expressly reserves the right to identify and designate expert witnesses, if any, as may become necessary or appropriate based on the development of the evidence, positions taken by the United States, or further proceedings in this matter, consistent with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and any orders of the Court.

**VERIFICATION**

I, Melanie Joy Penney, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information contained in these Responses to the United States' First Set of Interrogatories is true and correct to the best of my knowledge, information, and belief.

Executed on this 29th day of December, 2025.

Melanie Joy Penney
Claimant / Petitioner, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December, 2025, a true and correct copy of the foregoing Claimant Melanie Joy Penney's Responses to the United States' First Set of Interrogatories was served by electronic mail upon:

Mark Tindall
Assistant United States Attorney
United States Attorney's Office
Western District of Texas

Melanie Joy Penney
Claimant / Petitioner, Pro Se