UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CRIMINAL NO. A-24-CR-00074-RP** |
| § | |
| **JASON PENNEY,** § | |
| § | |
| **Defendant.** § | |
| § | |

## ORDER TO DISMISS

Pending before the Court is the United States of America's Motion to Dismiss Petition of Melanie Penney for Adjudication of Interest in Property 6100 Sanctuary Garden Boulevard, Port Orange, Florida 321128, pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. § 853(n)(6). This Court being fully and wholly apprised in all its premises, finds that said motion is meritorious and that the motion should be, and hereby is, in all things **GRANTED**.

IT IS THEREFORE **ORDERED** that the Petition of Melanie Penney for Adjudication of Interest in Property 6100 Sanctuary Garden Boulevard, Port Orange, Florida 321128 (Doc. 73) is hereby DISMISSED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2026.

_____
HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE